IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO. JKB-15-0408** |
| **SAVINO BRAXTON,** | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

On July 23, 2015, during a jury trial conducted before the undersigned in the matter of *United States v. Braxton*, Case No. JKB-1-09-cr-00478-001 (the transcript of which is incorporated herein) the Court found (and reiterates now) that the *pro se* defendant in that jury trial, Savino Braxton, after having been warned, did disobey and resist the Court's lawful order and command forbidding him from raising before the jury the issue of what penalty might be imposed upon him if he was found guilty in that proceeding. Further, the Court found (and reiterates now) that he disobeyed and resisted knowingly. The Court finds that this misconduct occurred in the presence of the Court. The Court finds that it has the power to punish such contempt of its authority. 18 U.S.C. § 401. Accordingly, the Court finds and concludes as it did summarily on the record in open court that the Defendant is in CONTEMPT OF COURT under 18 U.S.C. § 401(3). The Court, by separate JUDGMENT AND COMMITMENT ORDER, will exercise its power to punish such contempt by imposing imprisonment, and will direct that the Defendant be remanded to the custody of the United States Bureau of Prisons for a period of six months, and that such term of imprisonment be served CONSECUTIVELY to any other term of imprisonment that the Defendant may be serving or that may be imposed upon the Defendant in the future.

Dated this __23__ day of July, 2015.

BY THE COURT:

_____
James K. Bredar
United States District Judge